IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FELICIA BROWN | ) |
| | ) |
| v. | ) NO. 01:06-0098 |
| | ) JUDGE CAMPBELL |
| CITY OF SPRINGHILL | ) |

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 29). For the reasons stated in the accompanying Memorandum, Defendant's Motion for Summary Judgment (Docket No. 29) is GRANTED, and Plaintiff's claims are DISMISSED.

The jury trial of this action set for June 17, 2008, and the pretrial conference set for June 9, 2008, are canceled.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE