IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


FELICIA BROWN                          )
                                       )
v.                                     ) NO. 01:06-0098
                                       ) JUDGE CAMPBELL
CITY OF SPRINGHILL                     )


ORDER

Pending before the Court are Defendant's Motion to Strike Affidavit (Docket No. 52) and

Defendant's Motion to Deem Admitted Plaintiff's Responses to City's Statement of Undisputed

Material Facts (Docket No. 55).

In light of the Court's ruling on Defendant's Motion for Summary Judgment (Docket No.

29), these two Motions are DENIED as moot.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE